```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
NEIL SANCHEZ, individually and on         :      09 Civ. 7522 (WHP)
behalf of others similarly situated,      :
                                          :
            Plaintiffs,                   :
                                          :
      -against-                           :      SCHEDULING ORDER
                                          :
J. CALDWELL CORP., C. SMITH CORP.         :
d/b/a/ BOBBY VAN'S STEAK HOUSE,           :
JOSEPH SMITH, RICHARD                     :
PASSARELLI, JOE PHAIR, and JOE            :
HICKEY                                    :
                                          :
            Defendants.                   :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

      This action has recently been re-assigned to this Court. Accordingly, this Court will hold a status conference in Courtroom 11D at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York on December 11, 2009, at 10:45 a.m.

Dated: October 20, 2009
      New York, New York

                                                     SO ORDERED:

                                                     WILLIAM H. PAULEY III
                                                         U.S.D.J.

*All Counsel of Record*