UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
NEIL SANCHEZ, individually and on : 09 Civ. 7522 (WHP)
behalf of others similarly situated,
:
Plaintiffs, :
:
-against- : SCHEDULING ORDER
:
J. CALDWELL CORP., C. SMITH CORP. :
d/b/a/ BOBBY VAN'S STEAK HOUSE, :
JOSEPH SMITH, RICHARD :
PASSARELLI, JOE PHAIR, and JOE :
HICKEY :
:
Defendants. :
:
------------------------------X



WILLIAM H. PAULEY III, District Judge:

The parties having appeared for a conference on December 11, 2009, the Court enters the following schedule on consent:

1. No additional parties or amendments to the pleadings will be permitted after January 30, 2010;

2. Expert reports shall be exchanged by May 30, 2010;

3. All discovery shall be completed by July 9, 2010;

4. The parties shall submit a joint pre-trial order by September 10, 2010; and,

5. The Court shall hold a final pre-trial conference on September 24, 2010 at 10:00 a.m.

Dated: December 21, 2009
New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Michael Faillace
John Alexander Karol
Michael Faillace & Associates, P.C.
110 E. 59th St
32nd Floor
New York, NY 10022
*Counsel for Plaintiff*

A. Michael Weber
Barbara Ann Gross
Littler Mendelson, P.C. (NYC)
900 Third Avenue
New York, NY 10022
*Counsel for Defendants*