~Pauley, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NEIL SANCHEZ, EDMIR DYMLEKU, MILAZIM
KUKAJ, ANISSA ROSADO, OSCAR BIANCHI, and
BENJAMIN BYLAND, on behalf of themselves and
all others similarly situated,

                Plaintiffs,

     -against-

JJJ & R CORP. d/b/a BOBBY VAN'S STEAKHOUSE,
J. CALDWELL CORP. d/b/a BOBBY VAN'S
STEAKHOUSE, C. SMITH CORP. d/b/a
BOBBY VAN'S STEAKHOUSE, HERBERT STREET,
LLC d/b/a BOBBY VAN'S STEAKHOUSE,
JOSEPH SMITH, RICK PASSARELLI,
VINCENT ALESSI, PHIL LARUSIC, JOSEPH PHAIR
and JOSEPH HICKEY,

                Defendants.
-----------------------------------------------------------X

09 Civ. 7522 (WHP)

STIPULATION OF
DISMISSAL OF PLAINTIFF
ANTHONY FRASCONE

ECF CASE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and in accordance with the request of plaintiff Anthony Frascone, the undersigned counsel for the defendants and plaintiff Anthony Frascone hereby stipulate that plaintiff Anthony Frascone shall be dismissed from this action without prejudice and without costs to each party.

Dated: New York, New York
August 11, 2010

Berke-Weiss & Pechman LLP

By: Louis Pechman, Esq.
488 Madison Avenue, 11th Fl.
New York, NY 10022
(212) 583-9500
*Attorneys for Plaintiffs*

Littler Mendelson, P.C.

By: Theo E.M. Gould, Esq.
900 Third Avenue
New York, NY 10022
(212) 583-9600
*Attorneys for Defendants*

Anthony Frascone

By: Anthony Frascone
16 Nathan Place
Huntington Station, NY 11246
(631) 824-7349

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
10/18/10

SO ORDERED:

_____
Hon. William H. Pauley III