USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
NEIL SANCHEZ, individually and on          :
behalf of others similarly situated,        :
                                             :
                        Plaintiffs,          :
                                             :
        -against-                            :
                                             :
J. CALDWELL CORP., C. SMITH CORP.  :
d/b/a/ BOBBY VAN'S STEAK HOUSE,   :
JOSEPH SMITH, RICHARD             :
PASSARELLI, JOE PHAIR, and JOE    :
HICKEY                            :
                                             :
                        Defendants.          :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

09 Civ. 7522 (WHP)

SCHEDULING ORDER NO. 3

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a conference on November 12, 2010, the

Defendants are directed to provide Plaintiffs with the name and contact phone number of each of

the thirty-one employees from whom they have secured declarations by December 3, 2010.

Defendants are further directed to provide each of those thirty-one employees with copies of

their declarations by December 3, 2010. Finally, Defendants shall provide Plaintiffs with a blank

form waiver obtained from the thirty-one employees.

Dated: November 12, 2010
        New York, New York

                        SO ORDERED:

                        _____
                        WILLIAM H. PAULEY III
                        U.S.D.J.

*Counsel of Record:*

Michael Faillace, Esq.
John Alexander Karol
Michael Faillace & Associates, P.C.
110 E. 59th St
32nd Floor
New York , NY 10022

Louis Pechman, Esq.
Berke-Weiss & Pechman LLP
488 Madison Avenue, 11th Floor
New York , NY 10022
*Counsel for Plaintiffs*

A. Michael Weber, Esq.
Barbara Ann Gross
Littler Mendelson, P.C.
900 Third Avenue
New York , NY 10022
*Counsel for Defendants*